**Case #01-17-00258-CV**

March 2018

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 20 2018

CHRISTOPHER A. PRINE

CLERK _____

**Court of Appeals First District**

S-G Owners Association

vs

Lurdes Sifuentes

**UPDATES**

Is my wish to have the court to know that S-G Owners Association sent me the assessment **for 2018 for the amount of 915.00 of which was paid before the due date.**

 **In addition of the previous balance that was granted to me in the Civil Court (10,501.60 plus Interest of 22.03) The SG Owners Association keeps adding numbers to a case that is now in the Court of Appeals First District.**

**I FEEL HARRASED BY THE S-G ASSOCIATION AND THEIR ATTORNEYS AND SCARED. Since May of 2015 when I contacted the association to pay my bill that was late three months, the rejected my payment and sent my bill to their Attorney, with all types of fees, my health has been affected in many ways, to the point that I had to seek for professional help. I am a single mother, I go to work every day to provide for my two children with special needs, I don't feel secure in my own house, I noticed a couple times that a guy taking pictures of my house, driving a black truck stops for seconds in front of my property, takes pictures and leave.**

 **THEY CONTINUSLY KEEP SENDING ME LETTERS WITH CHARGES OF ANYTHING, I WAS TOLD THAT THE SHOULD NOT BE CONTACTING WHILE THE CASE IS BEEN HANDLING AT COURT.**

 **The association sent me a bill that WAS PAID ON TIME as they requested, 2018 IS NOT BEEN DICUSED OR IT SHOUL D BE ADDED TO THE CASE.**

AGAIN, the S-G Association is rejecting my payments exactly like the beginning of this case; their attorney sent me a letter requesting me to accept back the 2018 payment. Which I didn't accept for the fact that 2018 is should not be part of the case, I received a bill along with an envelope to send the payment, with a due date.

Their attorney said in his letter that they will **NOT ACCEPT PARCIAL PAYMENTS**, I am not quite sure what do they want; there **was not partial payment of 2018 Assessment, I paid it In FULL.**

**The S-G Association SENT me a letter with a picture of a house that is NOT MY PROPERTY Requesting and giving me 10 days to clean up my the property, THREATING ME TO CHARGE ME100.00 / FEE FOR EA DAY AFTER THE DUE DATE DAY IF I DON'T CLEANED UP**

My property is BEEN KEEPT IN GOOD CONDITIOS, FRONT YARD, BACK YARD, and I HAVE SOMEONE WHO KEEPS MY GRASS, LANDSCAPED.

I AM ASKING THE COURT TO HELP ME, AND DO NOT LET THIS CASE TO CONTINUE SCALATING ANYMORE, WHEN I PURCHASE THE PROPERTY TO HAVE A DECENT PLACE TO RAISED MY CHILDREN, I WAS LOOKING FOR CLEAN AND SAFETY AREA, PULLED MYSELF TO SCHOOL TO EARN A 2 YEARS DIPLOMA IN ORDER TO PROVIDE, AND DO NOT EVER HAVE TO ASK FOR WELFARE, I MAKE NO MORE THAN 2,700 A MONTH TO PAY MI MORTGAGE, CAR PAYMENTS, AND ADDITIONAL BILLS.

**I am adding copies of the letter from the Attorneys.**

**A copy of the check paid in full with the 2018 assessment,**

**A copy of the fees added to my 2018 assessment with the case grated in 2017 by the Honorable George Barstone.**

**A copy of a letter from the association of the wrong property, and my name and address in it, and fees,**

**A copy of a letter where they sent to the Credit Bureau to damage my credit with the case that was grated to me the First Civil Court.**

Lurdes Sifuentes

17327 South Summit Canyon Dr.

Houston, Texas 77095

Lurdess29@gmail.com

713 269-9421



**ROBERTS MARKEL WEINBERG BUTLER HAILEY**
2800 Post Oak Boulevard, Suite 5777
Houston, Texas 77056
Telephone: 713-780-4135
Toll Free: 844-775-9344
www.rmwbhlaw.com

**NOELLE HICKS**
Attorney and Counselor at Law
Associate Attorney

February 26, 2018

*Via CMRRR & Regular Mail*

Lurdes C. Sifuentes
17327 S Summit Canyon Dr
Houston, TX 77095-6945

> **Certified Article Number**
>
> 9414 7266 9904 2097 7713 25
>
> **SENDERS RECORD**

RE:     *Partial Payment: Check No.: 1919157*

*Cause No.: 1071865 , S-G Owners Association, Inc. vs. Lurdes C. Sifuentes, In the District Court of Harris County, Texas, County Civil Court at Law No. One (1)*

*Property Address: 17327 S Summit Canyon Drive, Houston, TX 77095 (the "Property")*
*RMWBH File Number: 13321-00025*

Dear Property Owner:

As you know, this law firm represents the S-G Owners Association, Inc. (the "Association") in the above referenced matter. The Association has received your check no. 1919157 in the amount of $915.00. This payment does not represent the full amount due. Please be advised that partial payments will <u>not</u> be accepted by the Association unless and until a payment plan is agreed to by both parties for the full amount due. Accordingly, your check is being returned and is enclosed herein the certified mail envelope. Please contact our office to obtain the full amount due and/or request a payment plan.

Please note that your check is being returned in the certified mailing of this letter. **You must accept the certified mailing in order to retrieve the payment.** Please note this letter is being sent in an attempt to collect a debt and any information obtained will be used for that purpose.

Thank you for your attention to this matter.

Sincerely,

ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

NOELLE HICKS

NH/KRM/ADB

Houston          Austin          Dallas          San Antonio          Fort Bend

## Say Goodbye to Associa Access. **Say Hello to TownSq!**

TownSq is our new all-in-one mobile app — designed to help you connect, collaborate and stay up to date. You'll soon be able to meet your neighbors, manage your account, and access the resources you need for better community living — anytime, from any device!



**Coming Soon!**

www.townsq.io



iOS   Web   Android

---

 **Associa**

**S-G (Stone Gate) Owners Assoc**
c/o Principal Management Group of Houston
1225 Alma Rd Suite 100
Richardson TX 75081
(713)-329-7100

**Unit Address**
17327 South Summit Canyon Drive

| Account ID | As Of Date | Due Date | Amount Due |
|---|---|---|---|
| 3615829 | 01/01/2018 | 01/01/2018 | 11438.63 |



| Description | Charges | Payment | Balance | Reference |
|---|---|---|---|---|
| 09-30-2017 Opening Balance | 10501.60 | | 10501.60 | Prior Activity |
| 10-15-2017 Late Interest | 22.03 | | 10523.63 | Late Interest |
| 01-01-2018 Member Assessment | 915.00 | | 11438.63 | Annual Charges |

### IMPORTANT MESSAGES

To re-use the envelope, insert the payment coupon along with a check. Ensure the Remit Address shows through the window of the envelope. Moisten the flap and fold to seal. Remember to add your postage to the front of the envelope before mailing it!

Payments are due on the first and any payment received after the due date may be subject to penalties. If your account has a past due balance you may also be subject to additional charges. Please make your check payable to your association and write your account number on the memo line of your check. Your payment will appear on your next statement as lockbox payment. Please note your last payment and this statement may have crossed in the mail. To find your current balance please visit www.associaonline.com. When paying through your banks online bill-pay please allow 3-5 business days for the payment to post. The lockbox address noted herein is for billing purposes only and no other communications are to be sent to the lockbox address.

**TO ENSURE PROPER CREDIT PLEASE DETACH AND RETURN WITH YOUR REMITTANCE**       OPT1401EAS

Make Check Payable To: **S-G (Stone Gate) Owners Assoc**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER • THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

 

**CASHIER'S CHECK**     1919157

88-627/1119(1)

This item will not be replaced for 90 days from the date of purchase if lost, stolen, or destroyed.

DATE January 13, 2018

00374   0006423

PURCHASER   ***LURDES SIFUENTES***

$*********915.00

PAY   NINE HUNDRED FIFTEEN AND 00/100

TO THE ORDER OF   ***S-G OWNERS ASSOCIATION INC***

*Jenny Tyyler*
AUTHORIZED SIGNATURE

ORIGINAL SIGNATURE REQUIRED FOR AMOUNTS OVER $5,000

PURPOSE

Security Features Included.    Details on Back.

⑈19 19 157⑈ ⑆1119 0627⑈⑈01 02171 07⑈

| Account ID | As Of Date | Due Date | Late After | Amount Due | Enclosed |
|---|---|---|---|---|---|
| 3615829 | 01/01/2018 | 01/01/2018 | 01/31/2018 | 11438.63 | 915.00 |

**Associa**
S-G (Stone Gate) Owners Assoc
c/o Principal Management Group of Houston
1225 Alma Rd Suite 100
Richardson TX 75081

1-2978-3000

PRESORTED
FIRST-CLASS
U.S. POSTAGE
**PAID**
OPTIMAL
OUTSOURCE

ECO FRIENDLY ENVELOPE! Open Carefully! This Is
Your Return Envelope For Your Association Dues!

Lurdes Sifuentes
17327 S Summit Canyon Dr
Houston TX 77095

Remit to:
**S-G (Stone Gate) Owners Assoc**
c/o Principal Management Group of Houston
P.O. Box 3157
Houston TX 77253-3157

0006 000638 0000000003615829 LURDESSIFUEN 114386 5



# Associa®
## Principal Management Group of Houston

February 14, 2018

Lurdes Sifuentes
17327 S Summit Canyon Dr
Houston, TX 77095

Re:     17327 South Summit Canyon Drive - 00361-5829
        Violation observed on 02/13/2018
        S-G Owners Association, Inc.

*→ IS NOT MY House* (handwritten)



2013/02/13 - 09:04

Dear Lurdes Sifuentes:

*→ This is my house* (handwritten)

To ensure the aesthetic integrity of the community is being maintained, periodic site inspections are performed. During the inspection conducted on 02/13/2018, it was noted the following item(s) are in violation of the governing documents of S-G Owners Association, Inc..

**Please power wash the driveway and sidewalk/walkways to restore its surface to its original appearance. Failure to comply within 10 days can result in a fine up to $100 per day there after the first 10 days per Article V, Section 5.3**

We ask your support in maintaining the aesthetic integrity of your community by correcting the above item(s) within ten (10) days from the date of this letter.

If you did not receive a copy of the governing documents at closing, a copy of the Declaration of Covenants, Conditions and Restrictions are available for purchase at www.pmghouston.com or if your community has a website, the documents are also available to view in "read only" format on your community website.

You have the right to request a hearing before the Board of Directors regarding this matter. If you desire a hearing, written notice of your request must be received at the above address within 30 days of receipt of this letter. Upon receipt of your written request, you will be furnished notice of the date, time, and place of hearing.

We sincerely hope your prompt attention to this matter will eliminate the necessity for further action. If you have recently corrected the above item(s), thank you and please disregard this notice.

If you have any questions regarding this matter or if additional time is needed, please contact one of the onsite offices at 281-855-0984 or 832-698-4490. As always, your cooperation is appreciated.

Sincerely,
S-G Owners Association, Inc.

If you are serving on active military duty, you may have special rights or relief related to this enforcement action under federal law, including the Service members Civil Relief Act (50 U.S.C. app. Section 501 et.seq.).
**ESTE DOCUMENTO ES MUY IMPORTANTE. SI USTED NO PUEDE LEER INGLES, POR FAVOR CONSIGA A ALGUIEN PARA QUE LE TRADUZCA ESTE DOCUMENTO**
***Tài liệu này chứa thông tin rất quan trọng. Xin vui lòng tìm thấy một ai đó để dịch nó cho bạn.***

11000 Corporate Centre Drive, Suite 150 Houston, Texas 77041 Telephone 713.329.7100 Fax 713.329.7198 Web www.pmghouston.com

Associa | The nation's leader in community association management | www.associaonline.com | 800.808.4882



# S-G OWNERS ASSOCIATION

November, 2017

Dear Homeowner,

The Board of Directors of the S-G Owners Association (herein referred to as "Association") has been granted the responsibility to conduct, manage, and control the affairs and business of the Association and to adopt reasonable rules and regulations governing among other things, the use of Association property and/or the Lots/Units. The Board is also responsible for enforcing the Declarations of the Covenants, Conditions and Restrictions (hereinafter referred to as "Declaration")..

The Board of Directors has revised the assessment collection policy as adopted on November 8, 2017. The revision of the policy now allows for the Association to report owners that are delinquent to the credit bureau.



The association website, www.CanyonGate.com, includes changes to the collection policy for your specific association. The Board of Directors and Associa PMG Houston are working toward standardizing collections in order to create a more professional and proficient collections department. This will ensure the homeowners and board members are provided the best possible customer service experience we can provide for your association.

Included in the packet, you will find practices and procedures in order to collect delinquent assessments. The packet also includes and defines delinquencies and late charges, payment information, and general provisions provided for your association. The following steps will be performed using the approximate time frames below:

> 209 Letter:                 February

> Credit Bureau Letter:      March

After all steps have been completed, if the homeowner remains delinquent, the account shall be turned over to the association's attorney for collection. Once an account is at attorney status, the homeowner must work with the attorney's office in order to bring their account current. Standardizing the collection process and defining the stipulations and procedures will benefit the association by collecting outstanding balances in a timely manner, therefore creating more revenue for your association.

Should you have any questions pertaining to the new policy, please submit your questions and/or concerns in writing to the address listed below;

Thank you for your cooperation.

Board of Directors
S-G Owners Association

Principal Management Group of Houston, AAMC- An Associa® Company
11000 Corporate Centre Drive #150, Houston, Texas 77041
Office: 713-329-7100